**John MAY, Plaintiff—Appellant,**

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, Defendant—Appellee.**

No. 04–35686.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Walter M. Hennessey, Esq., Hennessey and Joyce, Butte, MT, for Plaintiff–Appellant.

George F. Darragh, Jr., Esq., Office of the U.S. Attorney, Great Falls, MT, for Defendant–Appellee.

* The panel unanimously finds this case suitable

Before: KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

## MEMORANDUM ***

John May appeals from the district court's judgment dismissing his action seeking review of the Commissioner of Social Security's denial of his claim for disability benefits. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's determination that it lacks subject matter jurisdiction, *Galt G/S v. JSS Scandinavia,* 142 F.3d 1150, 1153 (9th Cir.1998), and we affirm.

The district court properly dismissed May's action for lack of jurisdiction because the Commissioner's denial of his request to reopen was not a "final decision" conferring jurisdiction under 42 U.S.C. § 405(g), *see Krumpelman v. Heckler,* 767 F.2d 586, 588 (9th Cir.1985) ("[d]istrict courts ... have no jurisdiction to review a refusal to re-open a claim for disability benefits or the determination that such a claim is res judicata"), and May did not present a colorable constitutional claim, *see Panages v. Bowen,* 871 F.2d 91, 93 (9th Cir.1989) (per curiam).

AFFIRMED.

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.